UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

---

JAMES VAN WINKLE, Individually,

           Plaintiff,

vs.

POUGHKEEPSIE PLAZA MALL, LLC
a New York Limited Liability Company,

           Defendant.

**STIPULATION OF DISCONTINUANCE**
Case No.: 7:16-cv-01168 (CS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/29/2016

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 26, 2016

**COUNSEL FOR PLAINTIFF:**

FULLER FULLER & ASSOCIATES, P.A.

By: _____
Lawrence Arthur Fuller, Esq. (LF-5450)
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
Tel (305) 891-5199
Fax (305) 893-9505
Lfuller@fullerfuller.com

Dated: September 22, 2016

**COUNSEL FOR DEFENDANT:**

YOUNG/SOMMER LLC

By: _____
Joseph F. Castiglione, Esq. (JC-1977)
Executive Woods
5 Palisades Drive, Suite 300
Albany, NY 12205
Tel (518) 438-9907
Fax (518) 438-9914
jcastiglione@youngsommer.com

Dated: September 26, 2016

WALDER HAYDEN P.A.

By: _____
Asaad Khursheed Siddiqi (AS-9150)
5 Becker Farm Road
Roseland, NJ 07068
Tel (973)-436-4116
Fax (973)-992-1505
asiddiqi@marc.law

So Ordered:

Cathy Seibel
_____
U.S.D.J.

September 28, 2016

The Clerk shall close the case.

2